## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NALCO COMPANY LLC, ECOLAB INC., HAZELMERE RESEARCH LTD., ECOLAB USA INC., NALCO HOLDING COMPANY, NALCO U.S. 2 INC. AND MOBOTEC AB, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WISCONSIN PUBLIC SERVICE CORPORATION, d/b/a WESTON POWER PLANT (UNIT 3), AND ARBOR FUELS COMPANY, LLC Defendants. | Civil Action No.: 3:18-cv-279 |

### DECLARATION OF ANDREW FRY, PH.D.

I, Andrew Fry, declare under penalty of perjury that the Expert Reports and exhibits filed as D.I. 72 including 72-1 to 72-26, D.I. 73 including 73-1 to 73-2 and D.I. 74 including 74-1, and D.I. 84 including 84-1 are true and correct, subject to and including the two corrections made on the record during my deposition on April 8, 2019. D.I. 71 at 65:11–66:24.

Executed on April 15, 2019 in Provo, Utah

_____
Andrew Fry, Ph.D.

1