# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NALCO COMPANY LLC, ECOLAB INC., HAZELMERE RESEARCH LTD., ECOLAB USA INC., NALCO HOLDING COMPANY, NALCO U.S. 2 INC. AND MOBOTEC AB, LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WISCONSIN PUBLIC SERVICE CORPORATION, d/b/a WESTON POWER PLANT (UNIT 3), AND ARBOR FUELS COMPANY, LLC<br><br>　　　　　Defendants. | Civil Action No.: 3:18-cv-279<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that this action be and hereby is voluntarily dismissed in its entirety with prejudice, including all claims and counterclaims, and without costs, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).

Dated: August 1, 2019　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Cassandra Klingman* (with permission)<br>W. Bryan Farney (Pro Hac)<br>Cassandra Klingman (Pro Hac)<br>Farney PC<br>800 South Austin Ave., Suite 200<br>Georgetown, Texas 78626<br>Tel: (512) 582-2828<br>Fax: (512) 582-2829<br>bfarney@farneypc.com<br>cklingman@farneypc.com | */s/ Kristin Graham Noel*<br>Richard W. Mark<br>Joseph Evall<br>Paul J. Kremer<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212)351-4035<br>rmark@gibsondunn.com<br>jevall@gibsondunn.com<br>pkremer@gibsondunn.com |

| | |
|---|---|
| Sarah A. Zylstra<br>State Bar No. 1033159<br>Boardman & Clark LLP<br>One South Pinckney, Suite 410<br>P.O. Box 927<br>Madison, Wisconsin 53701-0927<br>Telephone: (608) 257-9521<br>szylstra@boardmanclark.com<br><br>*Counsel for Plaintiffs* | Kristin Graham Noel<br>Anita Marie Boor<br>Quarles & Brady LLP<br>33 East Main Street<br>Suite 900<br>Madison, WI 53703<br>Telephone: (608) 251-5000<br>Facsimile: (608) 251-9166<br>kgn@quarles.com<br>anita.boor@quarles.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I caused to be electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Kristin Graham Noel*
>Kristin Graham Noel